**Rachel SWINK, Appellant,**

v.

**SOUTHWESTERN BELL TELEPHONE COMPANY, doing business as ATT Missouri, Appellee.**

No. 09–1119.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 29, 2009.

Filed: Jan. 14, 2010.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Rachel Swink, Kansas City, MO, pro se.

Mary McDonald, ATT Missouri, argued, St. Louis, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Rachel Swink appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination action brought under the Americans with Disabilities Act of 1990(ADA) and the Employee Retirement Income Security Act of 1974 (ERISA). Upon de novo review, *see Anderson v. Larson,* 327 F.3d 762, 767 (8th Cir.2003) (standard of review), we affirm, *see* 8th Cir. R. 47B.

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.